BEN BIMBERG and Another, Copartners, etc., Respondents, v. CHARLES MORTON BELLAK, Appellant.— Order affirmed, with ten dollars costs and

disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.